UNITED STATES DISTRICT COURT       js-6
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 17-4778-JFW (JEMx)** | Date: October 24, 2017 |

Title: Tokio Marine and Nichido Fire Insurance Co., Ltd. -v- Mitsui O.S.K. Lines, Ltd., et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
None    None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of September 12, 2017, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for November 6, 2017, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

    IT IS SO ORDERED.